IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              Case No. 1:16-cr-10018-003

MARION DIANE KINLEY                                                              DEFENDANT

## **ORDER**

Before the Court is Defendant Marion Diane Kinley's Motion for Leave to File Exhibit Under Seal. (ECF No. 169). The Court finds that no response is necessary and that the matter is ripe for consideration.

Defendant states that her Sentencing Memorandum in this case is currently due on November 15, 2018. In preparation for sentencing, Defendant's counsel retained a licensed clinical social worker to complete a social history and clinical assessment of Defendant. Defendant wishes to file that report as an exhibit to her Sentencing Memorandum and, accordingly, Defendant asks the Court for leave to file the report under seal, as it contains confidential personal and mental health information.

Upon consideration, the Court finds that Defendant's motion (ECF No. 169) should be and hereby is **GRANTED**. Defendant may file under seal her social history and clinical assessment report.

**IT IS SO ORDERED**, this 15th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge